UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARENDA BROOKS,

    Plaintiff,

v.                                    Case No. 8:22-cv-1715-KKM-TGW

MIDFLORIDA FINANCING, LLC,

    Defendant.
_____

## ORDER

The Court has been notified that the parties have settled this case. (Doc. 18.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on December 8, 2022.

Kathryn Kimball Mizelle
United States District Judge